IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HARRY SHAROD JAMES-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21CV159 |
| ) | |
| ERIK A. HOOKS, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 4, 2021, was served on the parties in this action. Plaintiff filed an objection to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Plaintiff's document entitled, "Affidavit Requesting this Court to Reconsider", (ECF No. 9), construed as a motion for reconsideration of the Court's April 8, 2021, Judgment, is DENIED.

This, the 9th day of December 2021.

/s/ Loretta C. Biggs
United States District Judge